**William McKAY, et al.,
Plaintiffs-Respondents,**

v.

**AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
Defendant-Appellant.**

**No. 43367.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 27, 1982.

S. M. Glassman, St. Louis, for defendant-appellant.

David Evans, Clayton, for plaintiffs-respondents.

### ORDER

PER CURIAM:

Defendant, insuror, appeals from a default judgment entered by the trial court under Rule 61.01(d)(2) for failure of defendant to comply with the trial court's order compelling defendant to comply with plain-tiff's request to produce documents. The judgment of the trial court is affirmed. Rule 84.16(b).